In the Matter of FRANK E. LONAS, Respondent, v. BARNE SILVER, Appellant.— Motion for stay granted on condition that the cause be added to the present calendar and argued when reached; otherwise, motion denied. Present— Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of Laying Out, Opening and Extending SCHOOL STREET as a Public Street of the City of Yonkers from Nepperhan Avenue to Elm Street and Palisade Avenue.— Motion to dismiss appeal denied, without costs, without prejudice to renewal thereof on the argument of the appeal. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of Charges Preferred by ANDREW J. THOMPSON, Respondent, v. THOMAS P. MORRISSEY, Appellant.— Motion to add cause to calendar denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Application of FRED L. WILLIAMS for Admission to the Bar. (From the State of Texas.)—Application granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Application of ARNE C. WIPRUD for Admission to the Bar. (From the State of Minnesota.) —Application granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

GIUSEPPE JANNO, Respondent, v. BRADY & GIOE, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

GIUSEPPE JANNO, Respondent, v. BRADY & GIOE, INC., Appellant.— Motion for stay pending application to the Court of Appeals for leave to appeal to that court granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

JAMES H. MURRAY, Respondent, v. MARGARET A. RILEY and Another, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

JAMES H. MURRAY, Respondent, v. MARGARET A. RILEY and Another, Appellants.— Motion to open default and to allow appellants to serve case on appeal granted, with ten dollars costs, upon condition that the cause be placed on the calendar for the term commencing April 30, 1923, and be argued when reached. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

JAMES J. O'BRIEN, Respondent, v. WALTER B. LASHAR, Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: Is the summons in this action, subscribed by the plaintiff in person, he not being an attorney at law, a valid summons? Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

JAMES J. O'BRIEN, Respondent, v. WALTER B. LASHAR, Appellant, Impleaded with PERCY P. ANDERSON, Defendant.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: Is the summons in this action, subscribed by the plaintiff in person, he not being an attorney at law, a valid summons? Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

MERCY C. OGDEN, Respondent, v. JANSEN D. OGDEN and Another, Appellants. — Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

MERCY C. OGDEN, Respondent, v. JANSEN D. OGDEN and Another, Appellants. — Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.